# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

KRISSI D'APICE, )
)
                Plaintiff, )   Case No. 2:11-cv-01299-RCJ-RJJ
)
vs. )   **ORDER**
)
AURELIO BRAVO, *et al.,* )
)
                Defendants. )
)

Based on the scheduling needs of the court,

**IT IS ORDERED** that:

1. The ENE Conference, currently scheduled for December 16, 2011, at 9:30 a.m., before the undersigned, is **ADVANCED as to date and time** to **December 12, 2011, at 1:30 p.m.,** in the chambers of United States Magistrate Judge Leen, Room #3071, Lloyd D. George United States Courthouse, 333 Las Vegas Boulevard South, Las Vegas, Nevada.

2. The deadline for chambers to receive the confidential settlement conference statements, currently due December 9, 2011, is **ADVANCED as to date and time** to be received in chambers, Room 3071, not later than **4:00 p.m., December 5, 2011.**

Dated this 18th day of October, 2011.

                                                          _____
                                                          Peggy A. Leen
                                                          United States Magistrate Judge